A94A0409. In the Interest of L. A. E., a child.
(463 SE2d 175)

Johnson, Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *In the Interest of L. A. E., a child,* 265 Ga. 698 (462 SE2d 148) (1995), our decision in *In the Interest of L. A. E., a child,* 214 Ga. App. 268 (447 SE2d 627) (1994), is hereby vacated, and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment affirmed. All the Judges concur.*

Decided November 6, 1995.

*Mark R. Pollard,* for appellant.

*Lewis R. Slaton, District Attorney, Sally A. G. Butler, Carl P. Greenberg, Assistant District Attorneys,* for appellee.